DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANATALIA SANCHEZ** and **SANCHEZ LAW PRACTICE, PL,**
Appellants,

v.

**ELDORADO PLAZA WEST ASSOCIATION, INC.,**
Appellee.

No. 4D22-402

[November 30, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE18-014163 (25).

Anatalia Sanchez of Sanchez Law Practice, PL, Miami, for appellants.

Steven B. Katz of SBK Legal, Coral Springs, for appellee.

PER CURIAM.

*Affirmed. See* § 501.2105(1), Fla. Stat. (2021) (a prevailing party "may" recover fees from the non-prevailing party); *Humane Soc'y of Broward Cnty., Inc. v. Fla. Humane Soc'y*, 951 So. 2d 966, 968 (Fla. 4th DCA 2007) (an "award of attorney's fees to the prevailing party under sections 501.2105(1)-(4) of FDUTPA is discretionary with the trial court"); *see also Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) (in "appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error").

GROSS, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***